BRAMMAN, Appellant, vs. TEUTONIA RECREATION COMPANY, Respondent.

*March 9—April 13, 1943.*

For the appellant there was a brief by *Roy O. Conen* and *Nathaniel D. Rothstein,* both of Milwaukee, and oral argument by *Mr. Rothstein.*

For the respondent there was a brief by *Burns & Mehigan* of Milwaukee, and oral argument by *Irving P. Mehigan.*

FOWLER, J. The action is to recover for personal injuries. There was a jury trial. At the close of the plaintiff's testi-

mony the defendant moved for a nonsuit. The motion was granted and judgment was duly entered thereon. After the appeal was perfected the plaintiff moved for an extension of time in which to serve a bill of exceptions. The court entered an order extending that time. From that order the defendant duly appealed. That appeal was heard and the order reversed. See opinion in *Bramman v. Teutonia Recreation Co., ante,* p. 620, 9 N. W. (2d) 113. The reversal of that order nullifies the bill of exceptions settled pursuant thereto. The only question presented on appeal from a judgment of nonsuit is whether the evidence presents a jury question. The evidence not being properly before us we cannot say that it does and the judgment must be affirmed.

*By the Court.*—The judgment of the circuit court is affirmed.